IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV243 |
| | ) | |
| v. | ) | |
| | ) | |
| $49,330.00 IN UNITED STATES CURRENCY, | ) ) | DEFAULT JUDGMENT AND DECREE OF FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the Court upon plaintiff's Motion for Default Judgment and Decree of Forfeiture against the defendant and any unknown claimants (Filing No. 15).  Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney.  The defendant is not present, neither personally nor through counsel.  No Claimants are present, neither personally nor through counsel.  Upon review of the record, the Court finds as follows:

      1.     A Complaint for Forfeiture was filed herein on July 22, 2009.  A Warrant for Arrest <u>in Rem</u> was issued by this Court and was properly executed on the defendant property by the United States Marshal.

      2.     Publication of the notice of this action and of the arrest of the defendant property was duly made pursuant to Order of this Court dated September 24, 2009.

      3.     On August 11, 2009, Michael Mankowski was personally served notice of the Verified Complaint, Notice of Seizure and Procedure and Warrant <u>In Rem</u> by the United State Marshals Service .

    4. No person or entity entitled to the defendant property has filed a Claim or an Answer to plaintiff's Complaint within the time fixed by law.

    5. Plaintiff's Request to Enter Default was granted by this Court on October 6, 2009.

    6. Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be sustained.  Accordingly,

    IT IS ORDERED:

    A. The Motion for Default Judgment and Decree of Forfeiture filed by plaintiff is hereby sustained.

    B. All right, title or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed.

    C. The defendant property be and the same hereby is forfeited to the United States of America.

    D. The defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

    DATED this 9th day of October, 2009.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court